UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| DONELLA HOBBS, Individually And as the Executor of the Estate of Annette Owens<br><br>Plaintiff,<br><br>v.<br><br>COMMUNITY EMERGENCY MEDICAL SERVICE, INC., et al.<br><br>Defendants. | Case No. 3:17-cv-00306<br><br>Judge Walter H. Rice<br>Magistrate Judge Sharon L. Ovington |

## ORDER

Upon consideration of the Joint Stipulation filed by Plaintiff Donella Hobbs ("Plaintiff") and Defendants Community Emergency Medical Service, Inc. ("CEMS") and Parastar, Inc. ("Parastar"), on this 26th day of September, 2017, it is hereby **ORDERED** that Plaintiff's Motion for Default Judgment filed on July 12, 2017 against CEMS is hereby **WITHDRAWN**. Defendant Parastar is hereby **DISMISSED**, with prejudice. CEMS's Motion to Dismiss Plaintiff's Amended Complaint filed on August 21, 2017 is hereby **WITHDRAWN**. CEMS shall have two (2) weeks from today to file an Answer to Plaintiff's Amended Complaint.

UNITED STATES DISTRICT JUDGE